UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN AYER,<br><br>    Defendant. | Case No.: 2:14-mj-695-NJK<br><br>**ORDER** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion Hearing currently scheduled for November 20, 2014 at 3:00 p.m., be vacated reset to November 21, 2014 at the hour of 10:00 a.m. in Courtroom 3A.

DATED 20th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

4